In The United States District Court for The Middle District of Alabama, Civil Div.

Jimmie E. Parker, Pro Se
Plaintiff/Petitioner

v.

Troy King, AL. Attny. Gen
defendant

Civil Case No. #
2:07cv624-WKW

To be supplied by Court Clerk.

*[Stamp: 2007 JUL -9 A 9:41 DEBRA P. HACKETT CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA]*

## Request to Proceed In Forma Pauperis

Plaintiff petitions this Court pursuant to 28 USC, 1915, to proceed In Forma Pauperis, because of my poverty, and my belief that I am entitled to relief.

As grounds and in support of this motion Petitioner cites the attached finacial affidavit.

Respectfully submitted this 5th day of July, 2007.

*Jimmie E. Parker*

Jimmie E. Parker AIS.199999
Hamilton AHI D-7 4-B
223 Sasser Dr.
Hamilton, AL. 35570

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 JUL -9 A 9: 41

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmie E. Parker
**Plaintiff(s)**

2:07cv624-WKW

v.

Troy King, W.M. Coppage, Richard Allen
**Defendant(s)**

I, Jimmie E. Parker, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?        Yes ( )   No (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. 4-4-04, $800°° a month Labor Finders, Theodore, AL. 36582

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   Yes ( )   No (X)
   
   B. Rent payments, interest, or dividends?   Yes ( )   No (X)
   
   C. Pensions, annuities, or life insurance payments?   Yes ( )   No (X)
   
   D. Gifts or inheritances?   Yes ( )   No (X)
   
   E. Any other sources?   Yes (X)   No ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. Loans from family and friends.

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts].                                                    Yes (X)   No ( )

   If the answer is YES, state the total value of the items owned. _0- in Account_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   Yes ( )   No (X)

   If the answer is YES, describe the property and state its approximate value. ___

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. ___

                                                        _Jimmie E. Parker_
                                                        Signature of Affiant   AIS. 199999

STATE OF ALABAMA            )
COUNTY OF _____ )

   Before me, a Notary Public in and for said County, in said State, personally appeared _____

_____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                                                        _____
                                                        Signature of Affiant

Sworn to and subscribed before me on this _____ day of _____, 19_____.

                                                        _____
                                                        NOTARY PUBLIC

                                                        _____ County, Alabama
                                                        My Commission Expires:_____



**O R**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 5th, 2007___.
(date)

_____Jimmie E. Parker_____
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __0.00__ on account to his credit at the __Hamilton A+I Center__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution: __See Attached Statement__

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

| | | |
|---|---|---|
| A. | $ 0.10 | on the first day of July 07 |
| B. | $ 0.01 | on the first day of June 07 |
| C. | $ 0.28 | on the first day of May 07 |
| D. | $ 0.21 | on the first day of April 07 |
| E. | $ 0.19 | on the first day of March 07 |
| F. | $ 17.91 | on the first day of February 07 |

__See Attached Statement__

_____Amy Williford_____
Authorized Officer of Institution

Date: __7/5/07__

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                      HAMILTON A&I


AIS #: 199999      NAME: PARKER, JIMMIE E.           AS OF: 07/05/2007

                   # OF      AVG DAILY          MONTHLY
        MONTH      DAYS      BALANCE            DEPOSITS
        ---------------------------------------------------------

        JUL        26        $6.75              $40.00
        AUG        31        $10.17             $80.00
        SEP        30        $5.97              $40.00
        OCT        31        $4.70              $40.00
        NOV        30        $18.59             $170.00
        DEC        31        $9.37              $80.00
        JAN        31        $4.16              $40.00
        FEB        28        $1.50              $0.00
        MAR        31        $1.97              $40.00
        APR        30        $7.77              $80.00
        MAY        31        $4.31              $40.00
        JUN        30        $3.03              $80.00
        JUL         5        $0.00              $0.00
```

*Amy Willford*
*Hamilton A&I Center*