In The United States District Court
For The Middle District of Alabama, Civil Div.

Jimmie E. Parker, Pro Se
Plaintiff/Petitioner,

v.

Troy King, AL. Attny. Gen., et al., in official and individual capacity, and W.M. Coppage, Director of AL. Dept. of Public Safety, et al., in official capacity, and Richard Allen, Comm. of AL. Dept. of Corr.s, et al., in official capacity, Defendants

Civil Case No. #
2:07CV624-WKW
To be supplied by Court Clerk

RECEIVED
2007 JUL -9 A 9:41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion For Appointment of Counsel

Pursuant to 28 U.S.C.S. § 1915(e)(1), Petitioner moves for an order appointing counsel to represent him in this case. In support of this Motion Petitioner states;

1. Petitioner is unable to afford counsel, and has requested leave to proceed in forma pauperis.

2. Issues involved are multiple and complex, requiring significant research and investigation. Petitioner has limited access to a law library, limited knowledge of the law, and limited education, (10th grade/GED, 1977)

(1)

3. The State has virtually unlimited resources, experienced, and knowlegable attorneys, so that in the administration of fair justice, appointment of counsel would be necessary.

Wherefore Petitioner requests the Court appoint Counsel. Respectfully submitted this 5th day of July, 2007.

_Jimmie E. Parker_, Pro Se

Jimmie E. Parker AIS. 199999
Hamilton A+I D-7 4-B
223 Sasser Dr.
Hamilton, AL. 35570

Certification Under 28 U.S.C. 1746

I certify under penalty of perjury, under 28 U.S.C. 1746, the foregoing to be true and correct to the best of my knowledge and belief.

(2)