In The United States District Court for the Middle District of Alabama, Civil Div.

Jimmie E. Parker, Pro Se
Plaintiff
v.

Troy King, AL. Attny. Gen., et.al., in offical and individual capacity, and W.M. Coppage, Director of AL. Dept. of Public Safety, et.al., and Richard Allen, Comm. of AL. Dept. of Corrs., et.al, in offical cap.
Defendants

Civil Case No. #
2:07CV624-WKW
To be Supplied by Court Clerk.

## Request For The Court Clerk to Expedite Service of Complaint and Summonses

Plaintiff has requested leave to proceed in forma pauperis under 28 USC §1915, and requests the Court Clerk expedite service of Complaint and Summonses, pursuant to Federal Rules of Civil Pro., Rule 4(c)(2), on defendants named and addressed in Complaint and summons forms provided, And 28 USC 1915(d). Respectfully Submitted this 5th day of July, 2007,
Under 28 USC. 1746

Jimmie E. Parker, Pro Se

Jimmie E. Parker, AIS. 199999
Hamilton A+I   D-7
223 Sasser Dr
Hamilton, AL. 35570