IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE E. PARKER, #199999, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-624-WKW |
| | ) |
| TROY KING, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the motion for preliminary injunction filed by the plaintiff on July 9, 2007 (Court Doc. No. 4), and for good cause, it is

ORDERED that on or before July 24, 2007 the defendants shall show cause why this motion should not be granted. The Clerk is hereby DIRECTED to provide a copy of the complaint, motion for preliminary injunction and this order to the Attorney General for the State of Alabama and the General Counsel for the Alabama Department of Public Safety.

Done this 9th day of July, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE