IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE E. PARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-624-WKW |
| | ) |
| TROY KING, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

This case is before the Court on the plaintiff's Motion for Temporary Restraining Order (Doc. # 3). It is ORDERED that the motion is DENIED.

DONE this 10th day of July, 2007.

                                          /s/  W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE