**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( *Printed Name* ) | C. Date of Delivery

1. Article Addressed to:

General Counsel
Alabama Department of Public Safety
PO Box 1511
Montgomery, AL  36102

C, Mot Prelim Inj.,
07cv624  OSC & OP

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

JUL 1 1 2007

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
(*Transfer from service label*)    7006 2760 0005 4873 9099

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( *Printed Name* ) | C. Date of Delivery

1. Article Addressed to:

W. M. Coppage, Director
Alabama Department of Public Safety
PO Box 1511
Montgomery, AL  36102

C, Mot Prelim Inj.,
07cv624  OSC, & OP

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

JUL 1 1 2007

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
(*Transfer from service label*)    7006 2760 0005 4873 9105

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540