In The District Court of The United States For The Middle District of Alabama, Northern Division

Jimmie E. Parker, #199999
Plaintiff, Pro Se
v.
Troy King, et. al.
Defendants

Case No. #2:07-CV-624-WKW

## Notice of Change of Address

Comes now the Pro Se Plaintiff in the above styled cause and gives notice to the Court and all Defendants of Plaintiff's change of address. Any mailings intended for Plaintiff Jimmie E. Parker after July 21st, 2007 should be addressed as follows:

Jimmie E. Parker
2960 Belle Air Blvd.
Theodore, AL. 36582.

Submitted this 16th day of July, 2007.

*Jimmie E. Parker*

Jimmie E. Parker AIS #199999
Hamilton A&I D-7 4-B
223 Sasser Dr.
Hamilton, AL. 35570

## Certificate of Service Under 28 U.S.C. 1746

I certify under 28 U.S.C. 1746 and penalty of perjury the foregoing to be true and correct and that a true copy of same has been served on all Defendants named and addressed below or thier General Counsels where indicated, via certified U.S. Mail, deposited in the Institutional mail box this 16th day of July, 2007. _Jimmie E. Parker_

Jimmie E. Parker AIS #199999
Hamilton A+I D-7 4-B
223 Sasser Dr.
Hamilton, AL. 35570

### Defendants

Troy King, AL. Atny. Gen.
11 South Union St., 3rd Flr.
Montgomery, AL. 36130-0151

General Counsel for the AL.
Dept. of Public Safety
P.O. Bx. 1511
500 Dexter Ave.
Montgomery, AL. 36102

Kim Thomas, General Counsel for
The AL. Dept. of Corrections
P.O. Bx. 301501
101 South Union St.
Montgomery, AL. 36130-1501



Jimmie E. Parker, A.I.S. #149999
Hamilton A+I  D-7 4-B
223 Sasser Dr.
Hamilton, AL. 35570

CERTIFIED MAIL
7004 2890 0000 4264 4969

U.S. Dist. Court Clerk
P.O. Bx. 711
Montgomery, AL. 36101-0711

LEGAL MAIL