IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE E. PARKER, #199999, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-624-WKW |
| | ) [WO] |
| | ) |
| TROY KING, et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER ON MOTION**

Upon review of the objection filed by the plaintiff on August 13, 2007 (Court Doc. No. 21), and for good cause, it is

ORDERED that the Recommendation entered on July 31, 2007 (Court Doc. No. 20) be and is hereby WITHDRAWN. It is further

ORDERED that on or before September 7, 2007 the defendants shall file a supplemental response to the motion for preliminary injunction in which they address the plaintiff's claim that the Alabama Community Notification Act cannot be applied to him based on his 1983 plea of no contest to misdemeanor sexual battery.

Done this 14th day of August, 2007.

                                                   /s/ Terry F. Moorer
                                                  TERRY F. MOORER
                                                  UNITED STATES MAGISTRATE JUDGE