## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **JIMMIE E. PARKER, #199999,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **VS.** | ) | **CASE NO.: 2:07-CV-624-WKW** |
| | ) | |
| **TROY KING, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>MOTION FOR ENLARGEMENT OF TIME</u>

COME NOW the Defendants Attorney General Troy King and Colonel Mike Coppage and, pursuant to Rule 6(b)(1), Fed.R.Civ.P., move for an enlargement of time in which to file their Answer and Special Report. In support of the foregoing, Defendants show as follows:

1. On August 14, 2007, this Honorable Court ordered the Defendants to file a supplemental response to the Plaintiff's preliminary injunction request on or before September 7, 2007.

4. Undersigned counsel has not received all affidavits and relevant records from the plaintiff's out-of-state institutional file relating to the Plaintiff's complaint.

5. The Defendants' supplemental response cannot be fully prepared without these records.

6. This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the Plaintiff.

WHEREFORE, based on the foregoing, Defendants respectfully request an enlargement of time for three (3) additional days, to September 10, 2007, to file their supplemental response.

RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL
KIN047


s/ *Joshua S. Bearden*
Joshua S. Bearden (BEA 070)
Assistant Attorney General


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 10th day of September, 2007, served a copy of the foregoing on the Petitioner, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Jimmie Parker, #199999
2960 Bell Aire Boulevard
Theodore, AL  36582

Alabama Department of Public Safety
Legal Division
P.O. Box 1511
500 Dexter Avenue
Montgomery, AL 36102

Neal Connor
Alabama Department of Corrections
Legal Division
P.O. Box 301501
101 South Union Street
Montgomery, AL 36130-1501

  /s/  *Joshua S. Bearden*
OF COUNSEL