IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE E. PARKER, AIS#199999 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-624-WKW |
| | ) |
| TROY KING, et al. | ) |
| | ) |
| Defendants. | ) |

### NOTIFICATION TO THE COURT

Alabama Department of Corrections Defendant, Commissioner Richard F. Allen, hereby notifies the Court that the Defendants heretofore filed "Answer and Special Report," plus all responses filed by Defendants to Plaintiff's Motion for Preliminary Injunction are to be considered as the Special Report to the Plaintiff's Complaint.

Respectfully submitted,

KIM T. THOMAS (THO115)
GENERAL COUNSEL

/s/ NEAL P. CONNER
NEAL P. CONNER (CONN2024)
ASSISTANT GENERAL COUNSEL
ASSISTANT ATTORNEY GENERAL

### CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Jimmie E. Parker
2960 Bell Aire Boulevard
Theodore, AL 36582

1

/s/ NEAL P. CONNER
NEAL P. CONNER (CONN2024)
ASSISTANT GENERAL COUNSEL
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, AL  36130
(334) 353-3889