IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE E. PARKER, #199999, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-624-WKW |
| | ) [WO] |
| | ) |
| TROY KING, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the objection filed by the plaintiff on September 20, 2007 (Court Doc. No. 30), and for good cause, it is

ORDERED that the Recommendation entered on September 11, 2007 (Court Doc. No. 28) be and is hereby WITHDRAWN. It is further

ORDERED that on or before October 3, 2007 the defendants shall file a supplemental response to the motion for preliminary injunction in which they address the plaintiff's claim that application of the Alabama Community Notification Act to him violates his right against self-incrimination and his allegation that the Alabama legislature violated the separation of powers by allowing the Act to apply retroactively to offenses which occurred before its enactment thereby improperly imposing punishment for a past conviction.

Done this 20th day of September, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE