IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMIE E. PARKER, #199999, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-624-WKW |
| | ) | [WO] |
| | ) | |
| TROY KING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the answer filed by the defendants on September 27, 2007 (Court Doc. No. 32), and as this response fails to adequately address the directives of the order entered on September 20, 2007 (Court Doc. No. 31), it is

ORDERED that on or before October 10, 2007 the defendants shall file a supplement to their answer which addresses the plaintiff's allegation that *the Alabama legislature* violated the separation of powers by allowing the Act to apply retroactively to offenses which occurred before its enactment thereby improperly imposing punishment for a past conviction.

Done this 20th day of September, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE