IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

Jimmie E. Parker,

    Plaintiff,

v.                                          CASE NO. 2:07-cv-624-wkw

Troy King et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Troy King et al., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [■] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [■] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Troy King | Attorney General |
| W.M. Coppage | Commisioner, ADPS |
| Richard Allen | Commisioner, ADOC |

1/2/2008
Date

/s/ Joshua S. Bearden
(Signature)

**Joshua S. Bearden**
(Counsel's Name)

Troy King, W.M. Coppage, Richard Allen
Counsel for (print names of all parties)

11 South Union street
Montgomery, Alabama 36130
Address, City, State Zip Code

334-353-4156
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, Joshua S. Bearden_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail and electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 3rd____ day of January_____ 20 08 to:

Jimmie E. Parker 199999, 2960 Bell Aire Blvd. Theodore, Alabama

Alabama Department of Public Safety, Legal Division, P.O. Box 1511, Montgomery, Alabama 36102

Neal.Connor@doc.alabama.gov

1/3/2008
Date

/s/Joshua S. Bearden
Signature