**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

January 4, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Parker v. King et al**

**Case Number:   2:07-cv-00624-WKW**

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to correct the signature and use the proper form.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 37   filed on   January 03, 2008.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

Jimmie E. Parker,

    Plaintiff,

v.   CASE NO. 2:07-cv-624-wkw

Troy King et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Troy King et al., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[■] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[■] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Troy King | Attorney General |
| W.M. Coppage | Commisioner, ADPS |
| Richard Allen | Commisioner, ADOC |

1/2/2008
Date

/s/ Joshua S. Bearden
(Signature)

**Joshua S. Bearden**
(Counsel's Name)

Troy King, W.M. Coppage, Richard Allen
Counsel for (print names of all parties)

11 South Union street
Montgomery, Alabama 36130
Address, City, State Zip Code

334-353-4156
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, Joshua S. Bearden_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail and electronic mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 3rd _____ day of January _____ 20 08 to:

Jimmie E. Parker 199999, 2960 Bell Aire Blvd. Theodore, Alabama

Alabama Department of Public Safety, Legal Division, P.O. Box 1511, Montgomery, Alabama 36102

Neal.Connor@doc.alabama.gov


1/3/2008
Date

/s/Joshua S. Bearden
Signature