IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE PARKER, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-CV-00624 |
| STATE OF ALABAMA, | ) |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Richard Allen as Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]   These parties are individuals, or

[ ]   This party is a governmental entity, or

[ ]   There are no entities to be reported, or

[ ]   The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Not applicable | |

1-15-2008
Date

/s/ Neal P. Conner
Counsel Signature
Counsel for (print names of all parties)
Richard Allen

301 South Ripley Street
Montgomery, Alabama  36130

Address, City, State Zip Code

<u>334-353-3890</u>
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Neal P. Conner, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid on this 15th day of January, 2008, to:

Jimmie R. Parker
AIS 199999
2960 Belle Air Boulevard
Theodore, AL 36582

<u>January 15, 2008</u>                              <u>/s/ Neal P. Conner</u>
Date                                                    Signature