IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE E. PARKER, #199999, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-624-WKW[WO] |
| ) | |
| TROY KING, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 45), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted, and that this case is DISMISSED with prejudice for Plaintiff's failure to prosecute this action.

An appropriate judgment will be entered.

Done this 28th day of May, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE